No. 135. Penn Mutual Life Insurance Co. v. Forcier et al. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth

Circuit denied. *Messrs. Robert Dechert, James C. Jones, Lon O. Hocker,* and *James C. Jones, Jr.* for petitioner. No appearance for respondents.